RECEIVED
IN ALEXANDRIA, LA.
MAY 14 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRA DIVISION

| | |
|---|---|
| SIAKA S. KAMARA,<br>Petitioner | CIVIL ACTION<br>NO. CV08-1724-A |
| VERSUS | |
| MICHAEL P. MUKASEY,<br>Respondents | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 7) is GRANTED.

IT IS FURTHER ORDERED that Kamara's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 14th day of May, 2009.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE